IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

FLOYD BOONE                                                                                        PLAINTIFF

V.                                                                              NO. 4:14CV00076-DMB-JMV

PRAIRIE FARMS DAIRY, INC. d/b/a
LUVEL DAIRY PRODUCTS, INC.                                                           DEFENDANT

# ORDER

By Order [76] dated May 5, 2015, the court reserved ruling on Defendant's objections to production of certain emails listed in its privilege logs until such time as additional information was provided to the court by Defendant. The court has now reviewed the additional submissions by Defendant and finds the privileges asserted with respect to the following, remaining emails will be allowed to stand:

*Second Amended Privilege Log of E-Mails*

| | | |
|---|---|---|
| 06/24/2013 | 5:23 p.m | Emailing: Boone |
| 06/25/2013 | 11:45 a.m. | Emailing: Boone |
| 06/27/2013 | 3:30 p.m. | Floyd |
| 06/27/2013 | 3:44 p.m. | Forwarding |

*Amended Second Supplemental Privilege Log of E-Mails*

| | | |
|---|---|---|
| 07/24/2013 | 11:24 a.m. | Statement Concerning Floyd Boone |
| 07/24/2013 | 11:49 a.m. | Re: Statement Concerning Floyd Boone |

Further, the court notes that Defendant has voluntarily withdrawn its objection to the 08/05/2014 at 12:56 p.m. email listed in its *Amended Supplemental Privilege Log of E-mails*, and this information, along with any documents that have not yet been produced as ordered in the

May 5 Order, shall be produced within 48 hours.

**IT IS FURTHER ORDERED** that Plaintiff's counsel having informed the undersigned that Plaintiff's telephone records have now been produced to Defendant, consistent with the court's prior Order [69], Defendant shall produce its telephone records within 48 hours, if it has not already done so.  Plaintiff is warned that this information may only be used for purposes of this lawsuit and may not be made public or otherwise disseminated outside this litigation.

**THIS**, the 13th day of May, 2015.


　　　　　　　　　　　　　　　　　　　　**/s/ Jane M. Virden**
　　　　　　　　　　　　　　　　　　　　 **U. S. MAGISTRATE JUDGE**